131 A.3d 43

**Kenneth SAXTON, Real Party in Interest and in Behalf of Ens Legis; Kenneth Saxton, Petitioner**

v.

**JUDGES OF THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, PA, Assigned to Petition for Writ of habeas corpus re October Term 1980, Nos. 761, 764 & 765, Respondent.**

**No. 150 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days.

Justice EAKIN did not participate in the consideration or decision of this matter.